MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
JOHN E. GIUST (196337) (jgiust@mintz.com)
3580 Carmel Mountain Road, Suite 300
San Diego, CA  92130
Telephone:  858-314-1500
Facsimile:   858-314-1501

HAGENS BERMAN SOBOL SHAPIRO LLP
STEVE W. BERMAN (steve@hbslaw.com)
1918 Eighth Avenue, Suite 3300
Seattle, WA  98101
Telephone;  206-623-7292
Facsimile:   206-623-0594

Attorneys for Plaintiff,
SHINSEDAI COMPANY, LIMITED

COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
JOHN S. KYLE (199196)
(jkyle@cooley.com)
CRAIG S. NEWTON (253415)
(cnewton@cooley.com)
KRAIG D. JENNETT (261019)
(kjennett@cooley.com)
NICHOLAS R. TRANSIER (265211)
(ntransier@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone:  (858) 550-6000
Facsimile:   (858) 550-6420

Attorneys for Defendants and
Counterclaimants NINTENDO CO., LTD, and NINTENDO OF AMERICA INC.

COOLEY LLP
MATTHEW J. BRIGHAM (191428)
(mbrigham@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
Telephone:  (650) 843-5000
Facsimile:   (650) 857-0663

COOLEY LLP
PHILLIP E. MORTON (pro hac vice)
(pmorton@cooley.com)
One Freedom Square
11951 Freedom Drive
Reston, VA 20190
Telephone:  (703) 456-8000
Facsimile:   (703) 456-8100

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHINSEDAI COMPANY, LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>NINTENDO CO., LTD, and NINTENDO OF AMERICA INC.,<br><br>Defendant. | Case No.  11-cv-02799-IEG-MDD<br><br>**STIPULATED JOINT MOTION RE: RESPONSIVE CLAIM CONSTRUCTION BRIEFING** |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

STIPULATED JOINT MOTION RE RESPONSIVE
CLAIM CONSTRUCTION BRIEFING
CASE NO. 11-CV-02799-IEG-MDD

| | |
|---|---|
| 1 | NINTENDO CO., LTD, and <br> NINTENDO OF AMERICA INC., |
| 2 | |
| 3 | Counterclaimants, |
| 4 | v. |
| 5 | SHINSEDAI COMPANY, LIMITED, |
| 6 | Counterclaim Respondent. |

WHEREAS the Parties filed their opening claim construction briefs on February 1, 2013;

WHEREAS the Southern District of California issued General Order 625 on February 5, 2013;

WHEREAS General Order 625 modified several germane Local Rules, including setting a page limit of twenty-five pages for claim construction briefing;

NOW THEREFORE, the undersigned counsel have met-and-conferred and hereby move jointly for leave from the new twenty-five page limit for their responsive claim construction briefs. The parties have agreed to the same forty-page limit that applied to their opening claim construction brief but will use the fourteen-point font now required by the Local Rules.

Signatures Appear on the Following Page

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

STIPULATED JOINT MOTION RE RESPONSIVE
CLAIM CONSTRUCTION BRIEFING
CASE NO. 11-CV-02799-IEG-MDD

| | | |
|---|---|---|
| 1 | Dated: February 20, 2013 | COOLEY LLP |
| 2 | | JOHN S. KYLE (199196) |
| 3 | | /s/John S. Kyle |
| 4 | | John S. Kyle (199196)<br>Email: jkyle@cooley.com |
| 5 | | Attorneys for Defendants and Counterclaimants |
| 6 | Dated: February 20, 2013 | MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C. |
| 7 | | JOHN E. GIUST (196337) |
| 8 | | |
| 9 | | /s/John E. Giust<br>John E. Giust (196337) |
| 10 | | Email: jgiust@mintz.com<br>Attorneys for Plaintiff and Counterclaim |
| 11 | | Respondent SHINSEDAI COMPANY, LIMITED |

# FILER'S ATTESTATION

Pursuant to this Court's Electronic Case Filing Administrative Policies and Procedures, Section 2, Subparagraph f(4), the undersigned attests that all parties have concurred in the filing of this Stipulated Joint Motion Re: Responsive Claim Construction Briefing.

Dated: February 20, 2012          COOLEY LLP

By: /s/John S. Kyle
John S. Kyle (199196)
Email: jkyle@cooley.com
Attorneys for Defendants and
Counterclaimants NINTENDO CO., LTD,
and NINTENDO OF AMERICA INC.

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

3.

STIPULATED JOINT MOTION RE RESPONSIVE
CLAIM CONSTRUCTION BRIEFING
CASE NO. 11-CV-02799-IEG-MDD