| | |
|---|---|
| 1 | COOLEY LLP<br>MICHAEL G. RHODES (116127) |
| 2 | (rhodesmg@cooley.com)<br>KRAIG D. JENNETT (261019) |
| 3 | (kjennett@cooley.com)<br>4401 Eastgate Mall |
| 4 | San Diego, CA 92121<br>Telephone:  (858) 550-6000 |
| 5 | Facsimile:   (858) 550-6420 |
| 6 | COOLEY LLP<br>MATTHEW J. BRIGHAM (191428) |
| 7 | (mbrigham@cooley.com)<br>Five Palo Alto Square |
| 8 | 3000 El Camino Real<br>Palo Alto, CA 94306 |
| 9 | Telephone:  (650) 843-5000<br>Facsimile:   (650) 857-0663 |
| 10 | |
| 11 | COOLEY LLP<br>STEPHEN SMITH (pro hac vice) |
| 12 | (steve.smith@cooley.com)<br>PHILLIP E. MORTON (pro hac vice) |
| 13 | (pmorton@cooley.com)<br>One Freedom Square |
| 14 | 11951 Freedom Drive<br>Reston, VA 20190 |
| 15 | Telephone:  (703) 456-8000<br>Facsimile:   (703) 456-8100 |
| 16 | Attorneys for Defendants and Counterclaimants<br>NINTENDO CO., LTD., and NINTENDO OF |
| 17 | AMERICA INC. |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 20 | SHINSEDAI COMPANY, LIMITED, | Case No.  11-CV-2799 CAB MDD |
| 21 | Plaintiff and Counterclaim | **UNOPPOSED MOTION TO WITHDRAW COUNSEL** |
| 22 | Respondent, | |
| 23 | v. | |
| 24 | NINTENDO CO., LTD, and NINTENDO OF AMERICA INC., | |
| 25 | | |
| 26 | Defendant and Counterclaimants. | |
| 27 | | |
| 28 | | |

1 | Pursuant to Civil Local Rule 83.3(g)(3), Defendants and Counterclaimants Nintendo Co., Ltd. and Nintendo of America Inc. ("Nintendo") file this administrative motion to withdraw as attorneys of record for Nintendo the following individuals in the above-captioned matter:

1. John S. Kyle formerly of Cooley LLP

2. Craig S. Newton formerly of Cooley LLP

This motion is unopposed. There is good cause to grant this motion and order withdrawal of counsel. Nintendo moves to withdraw Mr. Kyle and Mr. Newton as counsel of record as they are no longer associated with Cooley LLP. The remaining counsel of record at Cooley LLP will continue to represent Nintendo.

Counsel for Nintendo has conferred with Plaintiff's counsel regarding this motion and they are not in opposition.

In light of the foregoing, Nintendo respectfully requests that this Court grant this motion in its entirety and order the withdrawal of Mr. Kyle and Mr. Newton as attorneys of record for Nintendo.

Dated: December 10, 2013

COOLEY LLP
MICHAEL G. RHODES (116127)
MATTHEW J. BRIGHAM (191428)
KRAIG D. JENNETT (261019)
STEPHEN SMITH (pro hac vice)
PHILLIP E. MORTON (pro hac vice)

*/s/Matthew J. Brigham*
MATTHEW J. BRIGHAM (191428)

Attorneys for Defendants and Counterclaimants NINTENDO CO., LTD., and NINTENDO OF AMERICA INC.

875204 v1/SD