```
COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
KRAIG D. JENNETT (261019)
(kjennett@cooley.com)
4401 Eastgate Mall
San Diego, CA  92121
Telephone:  (858) 550-6000
Facsimile:  (858) 550-6420

MATTHEW J. BRIGHAM (191428)
(mbrigham@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
Telephone:  (650) 843-5000
Facsimile:  (650) 857-0663

STEPHEN R. SMITH (pro hac vice)
(stephen.smith@cooley.com)
PHILLIP E. MORTON (pro hac vice)
(pmorton@cooley.com)
One Freedom Square
Reston Town Center
11951 Freedom Drive
Reston, VA 20190-5656
Telephone:  (703) 456-8000
Facsimile:  (703) 456-8001

Attorneys for Defendants and Counterclaimants
NINTENDO CO., LTD. and
NINTENDO OF AMERICA INC.
```

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHINSEDAI COMPANY, LIMITED,<br><br>  Plaintiff and Counterclaim Respondent,<br><br>  v.<br><br>NINTENDO CO., LTD, and NINTENDO OF AMERICA INC.,<br><br>  Defendants and Counterclaimants. | Case No.  11-CV-2799-CAB-MDD<br><br>**DECLARATION OF PETER YI IN SUPPORT OF JOINT MOTION FOR DETERMINATION OF DISCOVERY DISPUTE REGARDING THE SUPPLEMENTAL EXPERT REPORT OF DAVID CRANE**<br><br>Judge:  Hon. Mitchell D. Dembin |

COOLEY LLP
ATTORNEYS AT LAW

CASE NO. 11-CV-2799-CAB-MDD        1.        DECLARATION OF PETER YI  ISO JOINT MOTION
REGARDING THE SUPPLEMENTAL
EXPERT REPORT OF DAVID CRANE

1   I, Peter Yi, hereby declare as follows:

2   1.  I am an attorney licensed to practice law in the Commonwealth of Virginia. I am counsel for the Nintendo defendants in this matter and am admitted *pro hac vice* before this Court in this matter. I have personal knowledge of the facts set forth in this Declaration, and if called upon to testify, I could and would testify competently thereto.

3   2.  Attached hereto as Exhibit A is a true and correct copy of the Supplemental Report of David Crane, dated April 8, 2014.

4   3.  Attached hereto as Exhibit B is a true and correct copy of an email from Nick Boebel, dated April 8, 2014.

5   4.  Attached hereto as Exhibit C is a true and correct copy of excerpts to SSD's Infringement Contentions, dated June 7, 2013.

6   5.  Attached hereto as Exhibit D is a true and correct copy of excerpts to the Opening expert Report of David Crane, dated February 21, 2014.

7   6.  Attached hereto as Exhibit E is a true and correct copy of an email string between John Giust and Matthew Brigham, dated February 16, 2014.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 23, 2014

/s/ *Peter Yi*
Peter Yi
Attorney for Defendants

COOLEY LLP
ATTORNEYS AT LAW

CASE NO. 11-CV-2799-CAB-MDD    2.    DECLARATION OF PETER YI ISO JOINT MOTION REGARDING THE SUPPLEMENTAL EXPERT REPORT OF DAVID CRANE