COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
KRAIG D. JENNETT (261019)
(kjennett@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

MATTHEW J. BRIGHAM (191428)
(mbrigham@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

STEPHEN R. SMITH (pro hac vice)
(stephen.smith@cooley.com)
PHILLIP E. MORTON (pro hac vice)
(pmorton@cooley.com)
One Freedom Square
Reston Town Center
11951 Freedom Drive
Reston, VA 20190-5656
Telephone: (703) 456-8000
Facsimile: (703) 456-8001

Attorneys for Defendants and Counterclaimants
NINTENDO CO., LTD. and
NINTENDO OF AMERICA INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHINSEDAI COMPANY, LIMITED,<br><br>Plaintiff and Counterclaim Respondent,<br><br>v.<br><br>NINTENDO CO., LTD, and NINTENDO OF AMERICA INC.,<br><br>Defendants and Counterclaimants. | Case No. 11-CV-2799-CAB-MDD<br><br>**DECLARATION OF PHILLIP E. MORTON IN SUPPORT OF NINTENDO'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF NON-INFRINGEMENT BASED ON SOURCE CODE EVIDENCE**<br><br>Date: August 1, 2014<br>Time: 1:00 p.m.<br>Courtroom: 4C<br>Judge: Hon. Cathy A. Bencivengo |

COOLEY LLP
ATTORNEYS AT LAW

CASE NO. 11-CV-2799-CAB-MDD      1.      DECLARATION OF PHILLIP MORTON ISO NINTENDO'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF NON-INFRINGEMENT BASED ON SOURCE CODE EVIDENCE

I, Phillip E. Morton, hereby declare as follows:

1. I am an attorney licensed to practice law in the Commonwealth of Virginia. I am counsel for the Nintendo defendants in this matter and am admitted *pro hac vice* before this Court in this matter. I have personal knowledge of the facts set forth in this Declaration, and if called upon to testify I could and would testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of the Supplemental Report of David Crane, dated April 8, 2014.

3. Attached hereto as Exhibit B is a true and correct copy of the Opening Expert Report of David Crane Concerning Infringement, dated February 21, 2014.

4. Attached hereto as Exhibit C is a true and correct copy of the Corrected Expert Report of Garry Kitchen of the Non-Infringement of U.S. Patent Nos. 7,635,301, 7,839,382, 7,932,908, and 8,049,758, dated March 14, 2014.

6. Attached hereto as Exhibit D is a true and correct copy of the Rebuttal Report of David Crane, dated March 3, 2014.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 23, 2014	/s/ *Phillip E. Morton*
	Phillip E. Morton

COOLEY LLP
ATTORNEYS AT LAW

CASE NO. 11-CV-2799-CAB-MDD      2.      DECLARATION OF PHILLIP MORTON ISO NINTENDO'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF NON-INFRINGEMENT BASED ON SOURCE CODE EVIDENCE