# MINUTES OF THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| Case Name: | **Shinsedai Company, Limited v. Nintendo Company, Limited et al.** | Case Number: | 11cv2799-CAB (MDD) |
|---|---|---|---|

| Hon. Cathy Ann Bencivengo | Ct. Deputy Lori Hernandez | Rptr. Tape: |
|---|---|---|

It is hereby **ORDERED** that the hearing on all pending motions to exclude testimony, including Doc Nos. 130, 140, 142, 151, 152, 159, and 160 is reset to **October 10, 2014** at **1:30 p.m.**.  It is **SO ORDERED**.

Date:   July 8, 2014

Initials: AJM